AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Marie A. DiCowden | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:18-cv-00148 |
| PNC Bank, National Association | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PNC Bank, National Association     .

Date:  07/17/2018

/s/ Kelly E. Pitcher
*Attorney's signature*

Kelly E. Pitcher  (0093678)
*Printed name and bar number*
DINSMORE & SHOHL LLP
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202

*Address*

kelly.pitcher@dinsmore.com
*E-mail address*

(513) 977-8200
*Telephone number*

(513) 977-8141
*FAX number*