IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARIE DICOWDEN,

    Plaintiff,

v.

PNC BANK, NATIONAL ASSOCIATION,

    Defendant.

:
:
:
:

Case No. 3:18-cv-148

JUDGE WALTER H. RICE

---

ORDER VACATING SEPTEMBER 9, 2019, TRIAL DATE

---

Trial in the above-captioned case is currently set for September 9, 2019. United States Magistrate Judge Sharon L. Ovington conducted a mediation on May 23, 2019. The docket indicates that the parties have reached a tentative settlement, but are awaiting bank approval. Magistrate Judge Ovington has a follow-up conference call scheduled for September 16, 2019.

    In light of the foregoing, the Court VACATES the September 9, 2019, trial date. In the event the parties are unable to settle this matter, the Court will issue a new scheduling order.

Date: August 28, 2019

                                                            */s/ Walter H. Rice*
                                                            WALTER H. RICE
                                                            UNITED STATES DISTRICT JUDGE